UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RALPH M. WATSON,                                :
                                                :
                    Plaintiff,           :   Civil Action No.: 19 Civ. 0533 (JGK)
                                                :
  -against-                                    :
                                                :   **NOTICE OF MOTION TO**
NY DOE 1, et al.,                               :   **DISMISS**
                                                :
                    Defendant.           :
                                                :
-------------------------------------------------------------------X

    PLEASE TAKE NOTICE that, upon this Notice of Motion, and the accompanying memorandum of law, dated October 18, 2019, defendant NY Doe 3 will move this Court, before the Honorable John G. Koeltl, at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 14A, at a date and time to be determined by the Court, for an order dismissing plaintiff's amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York
       October 18, 2019

                                FRANKFURT KURNIT KLEIN & SELZ, P.C.

                              By: /s/ Tyler Maulsby_____
                                    Maura J. Wogan
                                    Tyler Maulsby
                                    Nicole Bergstrom
                              28 Liberty Street, 35th Floor
                              New York, New York 10005
                              Tel. No.: (212) 980-0120
                                      -and-
                             CRUSER, MITCHELL, NOVITZ, SANCHEZ,
                               GASTON & ZIMET, LLP
                             Rondiene Novitz
                             341 Conklin Street
                             Farmingdale, NY 11735
                             Tel. No.: (516) 586-8513

                           *Attorneys for Defendant NY Doe 3*