# Exhibit B





















