# Exhibit E

**dietmadisonave** 4m

**Ralph Watson, Chief Creative Officer of @cpbgroup has been fired**

To the nine particular women who shared painful stories with us.

We support you all so much. You are incredibly strong & brave. None of you deserved what happened to you.

You've been heard.