**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RALPH M. WATSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NY DOE 2, an individual; NY DOE 3, an individual; NY DOE 4, an individual; ILLINOIS DOE 1, an individual; DOE COMPANY, an unknown business entity; and DOES 2 through 100, whose true names and capacities are unknown,<br><br>Defendants. | Case No. 1:19-cv-533 (JGK)<br><br>[PROPOSED]<br>**PROTECTIVE ORDER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: _12-11-19_ |

The parties having agreed to the following terms of confidentiality, and the Court having found that good cause exists for issuance of an appropriately tailored confidentiality order, it is therefore hereby

ORDERED that any person subject to this Order—including without limitation the parties to this action, their representatives, agents, experts and consultants, all third parties providing discovery in this action, and all other interested persons with actual or constructive notice of this Order—shall adhere to the following terms:

1. The identity and/or contact information ("Identity and Contact Information") of any "Covered Defendant" shall NOT be used by the Plaintiff and any other party in the litigation, except for the sole purposes of preparing for and conducting related pre-trial, trial, post-trial, and appellate proceedings in this litigation, and for no other purpose. The term Identity and Contact Information means the name, home or work address(es) and telephone number(s), date of birth,

social security number, email address(es), current employer(s), personal social media account name(s), and/or any such information of their family members or any individual who would make the Covered Defendant(s) identifiable. The term Covered Defendant(s) means all defendants in the action except NY Doe 3.

2. No person subject to this Order shall disclose, communicate, or make available the Identity and Contact Information of any Covered Defendant, in whole or in part, except only in the following circumstances and/or to the following persons, and only to the extent necessary for the proper conduct of this action or as otherwise directed by the Court:

 a. The parties to this action;

 b. Counsel representing parties in this action, including any paralegal, clerical, or other assistant or vendor employed by such counsel and assigned to this matter;

 c. Any person retained by a party to serve as an expert witness or otherwise provide specialized advice and counsel in connection with this action;

 d. Any witness called to testify at a deposition, hearing, or trial; and

 e. The Court and its personnel.

3. Prior to any disclosure of Identity and Contact Information to any person referred to in Paragraphs 2(c) or 2(d), such person shall be provided by counsel with a copy of this Order and shall sign a Non-Disclosure Agreement in the form attached to this Order. Counsel shall retain each signed Non-Disclosure Agreement. A party who discloses Identity and Contact Information of a Covered Defendant without first obtaining an executed Non-Disclosure Agreement may be held in contempt and sanctioned by the Court.

4. Counsel for any party filing with or submitting to the Court any materials consisting of the Identity and Contact Information of any Covered Defendant shall redact any such identifying

information in any materials filed on the public docket.

5.  In any Court hearing or other proceeding before this Court that is open to the public, the parties and counsel shall not disclose the Identity and Contact Information of any Covered Defendant.

SO ORDERED.

Dated: December 10, 2019
New York, New York

John G. Koeltl
United States District Judge

Any party may move to modify or amend this Order. The Court reserves the right to amend the order at any time.

So ordered

G. Koeltl
U.S.D.J.

12/10/19.

3

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH M. WATSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NY DOE 2, an individual; NY DOE 3, an individual; NY DOE 4, an individual; ILLINOIS DOE 1, an individual; DOE COMPANY, an unknown business entity; and DOES 2 through 100, whose true names and capacities are unknown,<br><br>Defendants. | Case No. 1:19-cv-533 (JGK)<br><br>**[PROPOSED] ACKNOWLEDGEMENT OF PROTECTIVE ORDER AND NON-DISCLOSURE AGREEMENT** |

I, _____, acknowledge that I have read and understand the Protective Order in this action (the "Order"). I agree that I will not disclose any Identity and Contact Information of any Covered Defendant to anyone other than for the purposes of this litigation and that at the conclusion of the litigation, I will return all discovery information containing Identity and Contact Information to the party or attorney from whom I received it. By acknowledging these obligations under the Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the Southern District of New York for the purpose of any issue or dispute arising under this Non-Disclosure Agreement and that my willful violation of any term of the Order could subject me to punishment for contempt of court.

_____        _____
Date                                    Signature
                                        Printed Name: