UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

RALPH M. WATSON, an individual,

                         Plaintiff,

      -against-

NY DOE 2, an individual; ILLINOIS DOE 1, an individual;
DOE COMPANY, an unknown business entity; and DOES 1
through 50, whose true names and capacities are unknown,
*et al.*,

                         Defendants.

------------------------------------------------------------------------X

Case No.: 1:19-cv-533-JGK-DCF

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

      David J. Grech, a partner in the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys of record for defendant Illinois Doe 1 in this case, respectfully requests that the appearance of Tayna N. Blocker, as an attorney to be noticed for defendant Illinois Doe 1 in this case, be withdrawn and further request that Tanya N. Blocker be removed from the service lists of the Court and the parties as she is no longer affiliated with Gordon Rees Scully Mansukhani, LLP. The law firm of Gordon Rees Scully Mansukhani, LLP and specifically the undersigned counsel continue to serve as attorneys of record for defendant Illinois Doe 1 in this case, and it is respectfully submitted that no party would be prejudiced if this motion were to be granted.

      WHEREFORE, it is respectfully requested that the Court terminate the representation of defendant Illinois Doe 1 by Tanya N. Blocker in this case.

Dated:    New York, New York
           March 19, 2021

                                                          Respectfully submitted,

                                                          GORDON REES
                                                          SCULLY MANSUKHANI, LLP

                                                          By: */s/ David Grech*
                                                              A. Louis Dorny
                                                              David J. Grech
                                                              Alexander Loh
                                                          One Battery Park Plaza, 28th Floor
                                                          New York, New York 10004
                                                          (212) 269-5500
                                                          ldorny@grsm.com
                                                          dgrech@grsm.com
                                                          aloh@grsm.com
                                                          *Attorneys for Defendant Illinois Doe 1*