```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------

RALPH M. WATSON,

                Plaintiff,

    - against -

NY DOE 2, ET AL.,

                Defendants.

---------------------------------------

19-cv-533 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    Counsel for the plaintiff should submit one set of paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss Illinois Doe 1's counterclaim.

**SO ORDERED.**

Dated:    New York, New York
            December 3, 2021

                                   /s/ John G. Koeltl
                                  John G. Koeltl
                             United States District Judge