iMessage
Dec 3, 2016, 5:28 AM

Hahahaha got a ride, no worries. But I have your hat.

I was just looking for it

I found it in the kitchen

Thought you were too high?!

No haha, too cold

I yelled out to see if you are going to stay and I got the impression you were on the couch there. So I split

Maggie guarded me in the driveway.

Haha, I saw her walk in afterward. The bubbles were on so I couldn't hear a word you were saying.

I'll bring in your hat on Monday 

Thank you. Safe journeys to Pearl.

Neighbor drove me home 

Dec 3, 2016, 1:39 PM

whatever I said last night stays between us about any situation things at work. We can discuss further. Cool cool? You avail if I need help tomorrow? Not sure yet. I'm here getting lay of the land at the office.

Yeah absolutely, man. No worries. I'm free till 8 tomorrow so whatever you need let me know.

Dec 9, 2016, 3:04 PM

You around? I'm just sitting down for shitty burrito

surely. will swing by now.

Dec 9, 2016, 6:45 PM

Where did you go? Was going to offer to buy you a drink for today's decision.

Dec 10, 2016, 12:26 AM

Made it back. Thanks for the head rush.

Haha no worries man, anytime

Dec 10, 2016, 12:33 PM

the word I was looking for yesterday is "Merkaba"

brokk.me.uk 

Dec 10, 2016, 1:40 PM

Ahh ok, I don't like this color scheme though

Dec 10, 2016, 3:12 PM

My real one with better colors.

What's it made of?

Amethysts etc. how's the move going?

Been running around all day. It's a mess. But as long as it's all done today I'm happy.

Dec 14, 2016, 5:50 PM

I'll be supporting you from afar tonight. I need one more night to recover from flu fully. I'll bring in that book for you tomorrow. Have fun tonight. I would buy if I were there! Enjoy.

Rest well 

Will expense a beer on you haha

Dec 15, 2016, 4:45 PM

Thanks for the book!

Dec 23, 2016, 2:39 PM

Someone stole my cpb bag off my desk :(

I'm sure it was useful as it was pretty.

That's a terrible person. Wow... karma is a bitch.
Just landing in D.C.
Would scare up another one if I were there.
OR... soon available for purchase if all goes well.

Haha, can ya send me one for free?

Have fun in DC! I'm heading to Miami tomorrow.

I think [redacted] stole it? That shady fucker.
Safe travels.
I'll see you soon I'm sure

Haha no I drove Ian to the airport this morning. Didn't see my bag in his luggage. Hit me up whenever you're in NYC! I may be back soon to ski.

Dec 31, 2016, 11:36 PM

Greeting 2017 like 

Jan 2, 2017, 2:42 PM

Happy New Year. Hope it's a good one and the transition "home" to Brooklyn is an easy one.

Jan 5, 2017, 12:07 PM

Haha well it's been less than a week and I've already had a bag stolen. It's good to be back ✌🏻

Jan 26, 2017, 3:49 PM

This guy Tom that sits across from me is telling me he used to work with you. Can't remember the agency name.

Hmm. At Saatchi? Bbdo? What did he work on?

Team one

That's all the info I got so far. He just left the bar.

Apr 5, 2017, 3:12 PM



Which one is yours? Just flew over it I bet.

The one on the left

You here?

Yes. For about a week. Judging the NY Festivals. Staying in mid town.

Perfect! Hit me up! [redacted] and I are trying to grab drinks but I'm not sure if he's settled yet.

I'm free at nights after 7 or 8 they tell me.

Who tells you?

Judging "handlers"

Sounds serious

Even judging is worse, with pretentious dorks.

I'll find out at 7pm what's the deal. Let me know if it's tonight. I'll do it

Unfortunately I have a feminist political resistance ad ladies meeting to go to. Adweek is doing a shoot tonight! Usually goes pretty late. Just talked to nunno though and I think he's down for Friday. We both live in Brooklyn so dealers choice for where we drink.

that sounds radical. I like. ok. I'll shoot for Friday

Apr 7, 2017, 1:46 PM

Tonight?

Where ya want to go?

I should be done around 7:30. I'm up to try that.

Serious in here...

lmao, is that a hotel conference room?

[redacted] is gonna join

https://www.yelp.com/biz/the-back-room-new-york?osq=Bars

let me know if you're into it.

Apr 7, 2017, 3:29 PM

Sounds good. And, love [redacted]!

Awesome! I'm going to hang with [redacted] for a bit and we'll head down around 7.

Apr 7, 2017, 6:46 PM

About 25 minutes or so.

Ok we're almost there

If u have trouble finding it let us know and we'll come out to get you

There's a bouncer by a gate next to a restaurant

Ok. 5 min

Lol ok

[redacted] is waiting for u

Here

Come in?

Or nah?

Watson 0560

Case 1:19-cv-00533-DEH-VF   Document 230-8   Filed 12/03/21   Page 9 of 13



Watson 0561



Apr 9, 2017, 2:54 PM

Don't forget about sending me that extra duffel bag u got when u get home 😉

Apr 10, 2017, 7:21 PM

You out tonight?
Just sent ██████ a note.

I'm working on March for science posters with my friend paul at wagamama

Ha. Good stuff. I'm meeting someone for dinner now, but remembered Monday night was [redacted] arrival. Let me know once you crack it. I may be up for heading out tonight.

You in wednesday? I'll be on a shoot in bk all day and will for sure need a drink after.

Apr 11, 2017, 11:36 AM

I'm gonna go with nah?

Was waiting to see. Now my meeting is at 7:30am tomorrow, then I'll scoot out. Will find you next time!

haha, alright

fly safe

don't take united

Gonna ask them to drag me onto the flight.

I would pay all I have to see that

May 19, 2017, 11:00 AM

Yes! It's the one I stole from your desk.

Figured

I'm taking off now. Maybe one day we can find you one. Or sell you one.

Hope all is good.

You can't sell me something you already gifted to me

Safe travels

Sep 5, 2017, 3:46 PM

Fuck. I'm so sorry about [redacted]. I just heard.

Oct 6, 2017, 12:27 AM

Ralph, I'm starting to feel rejected. Should I go with this?

Oct 6, 2017, 11:07 AM

What happened? By me or others?

Lmao I tried facetiming u with [redacted] last night for some reason

I missed it! I saw later. Was believe or not working with headphones on at home like a good junior AD. You guys hanging out around NYC?

Oct 6, 2017, 2:48 PM

Ha, throwback! She's off with my roommate now while I teach my class.

Nov 23, 2017, 2:46 PM

Happy thanksgiving, from my friends to yours 

Ha. You too. Hope all is well there in the land of Pilgrims!

Read

Too many hipster pilgrims

Watson 0565