UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------- X

RALPH M. WATSON, an individual,

                              Plaintiff,

      -against-

NY DOE 2, an individual; ILLINOIS DOE 1, an individual;
DOE COMPANY, an unknown business entity; and DOES
1 through 50, whose true names and capacities are unknown,
*et al.*,

                           Defendants.

-------------------------------------------------------------------------------- X

**Case No.: 1:19-cv-533-DEH-VF**

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Pursuant to Local Civil Rule 1.4, the undersigned, partners in the law firm of Gordon Rees Scully Mansukhani, LLP ("GRSM"), attorneys of record for defendant and counterclaimant Illinois Doe 1 in this case, respectfully request that the appearance of A. Louis Dorny, as an attorney for Illinois Doe 1, be withdrawn and further request that Mr. Dorny be removed from the service lists of the Court and the parties as he is no longer affiliated with GRSM.  GRSM and specifically the undersigned counsel continue to serve as attorneys of record for Illinois Doe 1 in this case, and it is respectfully submitted that no party would be prejudiced if this motion were to be granted.

WHEREFORE, it is respectfully requested that the Court terminate the representation of Illinois Doe 1 by Mr. Dorny in this case.

Dated:       New York, New York
              October 25, 2023

Respectfully submitted,

GORDON REES
SCULLY MANSUKHANI, LLP

By: */s/ David J. Grech*
       David J. Grech
       Hannah Brown
One Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500
dgrech@grsm.com
hbrown@grsm.com
*Attorneys for Illinois Doe 1*

Application Granted

Valerie Figueredo, U.S.M.J.
      DATED:  October 26, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 251.