UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH M. WATSON,<br><br>       Plaintiff,<br><br>  -against-<br><br>NY DOE 1 ET AL.,<br><br>       Defendants. | 19-CV-00533 (DEH)(VF)<br><br>**MEDIATION REFERRAL ORDER** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

**SO ORDERED.**

Dated: October 31, 2023
    New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge