1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

JENNER&BLOCK LLP

January 5, 2024

Laura P. MacDonald
Tel +1 212 891 1696
lmacdonald@jenner.com

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   *Watson v. Doe 1, et al.*, Case No. 1:19-cv-00533 (DEH) (VF)

Dear Judge Ho:

Pursuant to this Court's October 30, 2023 Order, Dkt. 254, Plaintiff and Counterclaim Defendant Ralph Watson ("Plaintiff") and Defendants and Counterclaimants NY Doe 2 and Illinois Doe 1 ("Defendants") (collectively, the "Parties") hereby submit a joint letter updating the Court on the status of the above-captioned case.

The Parties have agreed to conduct mediation through the Court-annexed Mediation Program, which is scheduled to begin on January 17, 2024. The Parties will update the Court after the mediation concludes.

Sincerely,

*/s/ Laura P. MacDonald*

Laura P. MacDonald


cc:     All counsel of record via ECF

CHICAGO   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON, DC                    WWW.JENNER.COM