Law Offices of
# MICHAEL W. AYOTTE

2629 Manhattan Avenue, Suite 144
Hermosa Beach, California 90254

(310) 343-1864
mayotte@clientfirstlegalsolutions.com

**VIA ECF**                                                                                 February 9, 2024

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Watson v. Doe 1, et al.,* Case No. 1:19-cv-00533-DEH-VF

Dear Judge Ho,

    Pursuant to this Court's January 22, 2024 Order (ECF 260), Plaintiff and Counterclaim Defendant Ralph Watson and Defendants and Counterclaimants NY Doe 2 and Illinois Doe 1 (collectively, the "Parties") hereby submit this joint letter updating the Court on the status of mediation in the above case.

    The parties have continued the mediation process with the mediator but have not yet reached a resolution. All Parties and the mediator, Richard Janvey, have indicated their willingness to continue the mediation process. The Parties intend to continue to engage in good faith in the mediation process and will further update the Court on or by March 1, 2024.

                                              Respectfully submitted,

                                              s/ Michael W. Ayotte

                                        _____
                                        ***Michael W. Ayotte***
                                        Law Offices of Michael W. Ayotte
                                        2629 Manhattan Avenue, Suite 144
                                        Hermosa Beach, CA 90254
                                        Telephone: (310) 343-1864
                                        Email: mayotte@clientfirstlegalsolutions.com
                                        Attorneys for Plaintiff and Counterclaim Defendant
                                        RALPH M. WATSON

cc: All counsel of record via ECF