Law Offices of

# MICHAEL W. AYOTTE

2629 Manhattan Avenue, Suite 144
Hermosa Beach, California 90254

(310) 343-1864
mayotte@clientfirstlegalsolutions.com

March 1, 2024

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Watson v. Doe 1, et al.,* Case No. 1:19-cv-00533-DEH-VF

Dear Judge Ho,

    Pursuant to this Court's February 12, 2024 Order (ECF 262), Plaintiff and Counterclaim Defendant Ralph Watson and Defendants and Counterclaimants NY Doe 2 and Illinois Doe 1 (collectively, the "Parties") hereby submit this joint letter updating the Court on the status of mediation in the above case.

    Plaintiff's counsel has been lead counsel in a trial that has occupied all of his time over the last two weeks. All Parties were able to meet with the mediator on March 1, 2024. In addition, counsel for Plaintiff and Illinois Doe 1 met directly and exchanged settlement proposals that need to be discussed with their respective clients. Plaintiff anticipates that his trial will conclude on Tuesday, March 5, 2024.

    Based on the above, the Parties respectfully request a final two week extension until March 15, 2024. In the event the Parties are unable to resolve the matter by this date, the Parties will file a joint status letter that will include brief statement(s) setting forth the grounds for any respective summary judgment motion(s) they intend to file.

    Respectfully submitted,

    s/ Michael W. Ayotte

_____

**Michael W. Ayotte**
Law Offices of Michael W. Ayotte
2629 Manhattan Avenue, Suite 144
Hermosa Beach, CA 90254
Telephone: (310) 343-1864
Email: mayotte@clientfirstlegalsolutions.com
Attorneys for Plaintiff RALPH M. WATSON

Cc:  All counsel via ECF