UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH M. WATSON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NY DOE 2, an individual; NY DOE 3, an individual; NY DOE 4, an individual; ILLINOIS DOE 1, an individual; DOE COMPANY, an unknown business entity; DOE 1, an individual; and DOES 2 through 100, whose true names and capacities are unknown,<br><br>    Defendants. | Case No. 1:19-cv-533 |

**DEFENDANT NY DOE 2'S NOTICE OF MOTION FOR SUMMARY JUDGMENT DISMISSING PLAINTIFF'S CLAIMS AND GRANTING DEFENDANT NY DOE 2'S COUNTERCLAIM**

PLEASE TAKE NOTICE that, upon the enclosed Memorandum of Law in Support of Motion for Summary Judgment Dismissing Plaintiff's Claims and Granting Defendant NY Doe 2's Counterclaim, the supporting Rule 56.1 Statement of Undisputed Facts, and the supporting Declaration of Rémi J.D. Jaffré, dated July 19, 2024, and accompanying exhibits, Defendant NY Doe 2 hereby moves this Court before the Honorable Dale E. Ho, United States District Court Judge, Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, New York 10007, for an Order (1) granting Defendant NY Doe 2 summary judgment dismissing Plaintiff's claims for defamation and tortious interference with contract, and thereby dismissing, with prejudice, all claims against Defendant NY Doe 2; (2) granting Defendant NY Doe 2 summary judgment on her counterclaim pursuant to N.Y. Civ. Rights Law § 70-a and § 76-

1

a, and thereby awarding costs and expenses, including attorney and expert fees; and (3) granting Defendant NY Doe 2 such other and further relief as this Court deems just and proper.

Dated:   New York, New York
        July 19, 2024                                     Respectfully submitted,

                                                          By:  */s/ Laura P. MacDonald*

| | |
|---|---|
| Kara Brandeisky | Laura P. MacDonald |
| JENNER & BLOCK LLP | Rémi J.D. Jaffré |
| 1099 New York Avenue | Susanna Evarts |
| Washington, DC 20001 | Anna Windemuth |
| (202) 639-6000 | JENNER & BLOCK LLP |
| | 1155 Avenue of the Americas |
| | New York, NY 10036 |
| | (212) 891-1600 |
| | LMacDonald@jenner.com |

*Counsel for Defendant NY Doe 2*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of Court, to be served on all parties of record via the CM/ECF system.

                                          */s/ Laura P. MacDonald*
                                          Laura P. MacDonald