1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

JENNER&BLOCK LLP

July 22, 2024

Laura MacDonald
Tel +1 212 891 1696
LMacDonald@jenner.com

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Watson v. NY Doe 1 et al.*, No. 19 Civ. 533 (DEH) (VF)

Dear Judge Ho,

      We represent NY Doe 2 in the above-captioned case. We are writing to clarify one aspect of our summary judgment filing on July 19, 2024. In the wake of the global computer systems outages on July 18 and 19, we tried four times to upload all exhibits to the Declaration of Rémi J.D. Jaffré (Dkt. 277), but the Pacer webpage connection kept timing out. For that reason, we broke the filing into three docket entries. Dkt. 277 is the Declaration of Rémi J.D. Jaffré, with Exhibits 1–25 attached; Dkt. 278 is Exhibit 26, with Exhibits 27–45 attached; and Dkt. 279 is Exhibit 46, with Exhibits 47–58 attached.

      If it would aid the Court for us to refile as one docket entry, we will do so.

Dated:   New York, New York
           July 22, 2024                                   Respectfully submitted,

                                                  By:   */s/ Laura P. MacDonald*

CENTURY CITY   CHICAGO   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON, DC           JENNER.COM

July 22, 2024
Page 2

|  |  |
|---|---|
| Kara V. Brandeisky | Laura P. MacDonald |
| JENNER & BLOCK LLP | Rémi J.D. Jaffré |
| 1099 New York Avenue | Susanna D. Evarts |
| Washington, DC 20001 | Anna M. Windemuth |
| (202) 639-6000 | JENNER & BLOCK LLP |
|  | 1155 Avenue of the Americas |
|  | New York, NY 10036 |
|  | (212) 891-1600 |
|  | LMacDonald@jenner.com |

*Counsel for Defendant NY Doe 2*