UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RALPH M. WATSON,

                        Plaintiff,                           **19-CV-533 (DEH) (VF)**

       -against-                                    **ORDER**

NY DOE 1 ET AL.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

The parties are directed to provide a joint status update on this case to the undersigned by October 4, 2024.

      **SO ORDERED.**

DATED:     New York, New York
                August 8, 2024

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge