| | |
|---|---|
| **NOTICE OF APPEAL TO THE SECOND CIRCUIT COURT OF APPEALS FROM AN APPEALABLE ORDER OF THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK** | |
| RALPH M. WATSON, an individual,<br><br>Plaintiff,<br><br>-against-<br><br>NY DOE 2, an individual; ILLINOIS DOE 1, an individual,<br><br>Defendants. | Case No. 1:19-cv-533-DEH-DCF |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff and Counterclaim Defendant RALPH M. WATSON, in the above named case, appeals to the United States Court of Appeals for the Second Circuit, from the Order granting summary judgment in favor of Defendants and Counterclaimants, NY DOE 2 and ILLINOIS DOE 1, entered on September 17, 2025 (ECF 348).

Dated: October 15, 2025

Michael W. Ayotte

LAW OFFICES OF MICHAEL W. AYOTTE

2629 Manhattan Ave., Suite 144

Hermosa Beach, CA 90254

Telephone: (310) 343-1864

Email: mayotte@clientfirstlegalsolutions.com

Counsel for Plaintiff and Counterclaim Defendant

RALPH M. WATSON