UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH M. WATSON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NY DOE 2, an individual; NY DOE 3, an individual; NY DOE 4, an individual; ILLINOIS DOE 1, an individual; DOE COMPANY, an unknown business entity; DOE 1, an individual; and DOES 2 through 100, whose true names and capacities are unknown,<br><br>    Defendants. | Case No. 1:19-cv-533 |

**DEFENDANT NY DOE 2'S NOTICE OF MOTION
FOR ATTORNEY'S FEES AND COSTS**

    PLEASE TAKE NOTICE that, upon the enclosed Memorandum of Law in Support of Defendant NY Doe 2's Motion for Attorney's Fees and Costs and the supporting Declaration of Laura P. MacDonald dated October 17, 2025, and accompanying exhibits, NY Doe 2 hereby moves this Court before the Honorable Dale E. Ho, United States District Court Judge, Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, New York 10007, for an Order granting Defendant NY Doe 2's requested attorney's fees and costs pursuant to N.Y. Civ. Rights Law § 70-a and § 76-a and the Court's September 17, 2025 Opinion and Order, Dkt. 348, and any other such relief as the Court deems just and proper.

1

Dated: New York, New York
October 17, 2025

Respectfully submitted,

By: */s/ Laura P. MacDonald*

Kara V. Brandeisky
JENNER & BLOCK LLP
1099 New York Avenue
Washington, DC 20001
(202) 639-6000

Laura P. MacDonald
Rémi J.D. Jaffré
Anna Windemuth
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
LMacDonald@jenner.com

*Counsel for Defendant NY Doe 2*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2025, I electronically filed the foregoing with the Clerk of Court, to be served on all parties of record via the CM/ECF system.

*/s/ Laura P. MacDonald*
Laura P. MacDonald
