**MEMO ENDORSED**

**GRSM50**
**GORDON REES SCULLY MANSUKHANI**
YOUR 50 STATE LAW FIRM™

DAVID J. GRECH
dgrech@grsm.com

HANNAH BROWN GOEHRING
hbrown@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
www.grsm.com

October 17, 2025

**VIA ECF**
The Honorable Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Watson v. NY Doe 1 et al.*
       Case No.: 1:19-cv-00533-DEH-VF

Dear Judge Ho,

We represent Defendant/Counterclaimant Illinois Doe 1 ("Illinois Doe 1") in this case. We write to respectfully request an extension of time for Illinois Doe 1 to submit a request for attorneys' fees and costs, pursuant to the Court's September 17, 2025 Order (ECF No. 348).

Given recent developments, including Plaintiff's notice of appeal from the Court's September 17, 2025 Order (ECF No. 378), Illinois Doe 1 is in the process of retaining counsel intended to substitute in for our firm for future proceedings in this matter, including the appeal.

Therefore, in order to preserve Illinois Doe 1's rights, including under the September 17, 2025 Order; to allow the intended substitution of counsel to be formally finalized and submitted to the Court; and so as to not affect any other scheduled dates and deadlines in this case, we respectfully request just a one-week extension of time to October 24, 2025 for Illinois Doe 1 to submit a request for attorneys' fees and costs. This is the first request by Illinois Doe 1 for such an extension of time.

We greatly appreciate the Court's attention to this matter and are available at the Court's convenience should it have any questions.

Respectfully submitted,

*/s/ David J. Grech*
David J. Grech
Hannah Brown Goehring

Cc.:   All Attorneys of Record (via ECF)

---

**Application GRANTED. The deadline is extended to October 24, 2025 *nunc pro tunc*.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: October 20, 2025
New York, New York