UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH M. WATSON, an individual,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>NY DOE 2, an individual; and ILLINOIS DOE 1, an individual, Defendants and Counterclaimants | Case No. 1:19-cv-533-DEH-VF |

### PLAINTIFF RALPH M. WATSON'S NOTICE OF MOTION TO STAY PROCEEDINGS PENDING APPEAL

    PLEASE TAKE NOTICE that, upon the attached Memorandum of Law in Support of Plaintiff and Counterclaim Defendant Ralph M. Watson's ("Plaintiff") Motion for Stay of Proceedings Pending Appeal and the supporting Declaration of Michael W. Ayotte and any accompanying exhibits, Plaintiff hereby moves this Court before the Honorable Dale E. Ho, United States District Court Judge, Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, New York, 10007, pursuant to Fed. R. Civ. P. 62 and Fed. R. App. P. 8(a), for an order staying enforcement of the judgments and further proceedings pending his appeal to the United States Court of Appeals for the Second Circuit, Docket No. 25-2569.

Dated: October 24, 2025

/s/ Michael W. Ayotte

*Michael W. Ayotte*
LAW OFFICES OF MICHAEL W. AYOTTE
2629 Manhattan Ave., Suite 144
Hermosa Beach, CA 90254
Telephone: (310) 343-1864

**MEMO ENDORSED**
/s/ [signature]
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 27, 2025**

Defendants are directed to file a response by **October 31, 2025**.

Email: mayotte@clientfirstlegalsolutions.com

Counsel for Plaintiff and Counterclaim Defendant RALPH M. WATSON