Jessica Caterina
Partner

(212) 612-0670
jcaterina@schlamstone.com

November 14, 2025

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 17, 2025**

Defendant's extension request is
GRANTED. The Clerk of the Court is
respectfully directed to close the motion at
ECF No. 397.

**VIA ECF**

The Honorable Valerie Figueredo, U.S. Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:     _Watson v. NY Doe 1 et al._, Case No.: 1:19-cv-00533-DEH-VF

Dear Judge Figueredo:

Our firm represents Defendant/Counterclaimant Illinois Doe 1 ("Illinois Doe 1") in the above-referenced matter, serving as local counsel, with Holland & Hart LLP ("Holland & Hart") acting as lead counsel (_pro hac vice_ motions for Holland & Hart attorneys remain forthcoming, as we are still waiting receipt of their updated Certificates of Good Standing from the State of Colorado). We submit this Letter Motion to respectfully request an extension of time until December 5, 2025, to submit a request for attorneys' fees and costs.

Your Honor previously granted our request for a brief extension, until November 17, 2025, to submit our client's fee application, due to the unforeseen complexities arising from the transition between counsel firms, as well as various scheduling conflicts. Following completion of substitution of counsel, with Holland & Hart replacing Gordon Rees Scully Mansukhani LLP as lead counsel of record, preparation of a comprehensive fee application has been underway.

However, as explained in the attached letter from former counsel Gordon Rees Scully Mansukhani LLP, the materials necessary to support Illinois Doe 1's motion for fees are still being compiled, given that their representation, from the inception of this six-year litigation, generated voluminous billing records and involved attorney turnover during that period. _See_ Exhibit A. Additionally, former counsel needs additional time to draft its submission to the Court, explaining the nature and duration of the not-for-profit legal defense fund arrangement that funded the vast majority of their representation of Illinois Doe 1. (Contrary to representations made by Plaintiff's counsel in submissions to the Court, their representation was not provided on a _pro bono_ basis.)

Accordingly, we respectfully request one last extension of time, through December 5, 2025, for Illinois Doe 1 to submit its request for attorneys' fees and costs. This additional time will ensure that the fee application is thorough, accurate, and properly supported with all necessary documentation from both counsel teams.

Hon. Valerie Figueredo
November 14, 2025
Page 2 of 2


We greatly appreciate Your Honor's consideration of this matter.


                                              Respectfully submitted,


                                              Jessica Caterina

cc:     All counsel of record (via ECF)