UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RALPH M. WATSON,

                              Plaintiff,                    **19-CV-533 (DEH) (VF)**

                -against-                                    **ORDER**

NY DOE 1 et al.,

                             Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiff is directed to file its opposition to New York Doe 2's motion for attorney's fees (ECF No. 379) and Illinois Doe 1's motion for attorney's fees (ECF No. 403) by **January 9, 2026.** Defendants' replies, if any, are due **January 23, 2026**.

      SO ORDERED.

DATED:    New York, New York
                December 8, 2025

                                                               _____
                                                              VALERIE FIGUEREDO
                                                               United States Magistrate Judge