Law Offices of
# MICHAEL W. AYOTTE

2629 Manhattan Avenue, Suite 144
Hermosa Beach, California 90254

(310) 343-1864
mayotte@clientfirstlegalsolutions.com

**VIA ECF**

January 2, 2026

The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Watson v. NY Doe 2 et al., Case No. 1:19-cv-00533-DEH-VF

Dear Judge Figueredo,

I represent Plaintiff and Counterclaim Defendant Ralph M. Watson ("Plaintiff") in this case. The purpose of this letter is to request a 30-day extension of the current briefing schedule for the Defendants/Counterclaimants' Motions for Attorney Fees and Costs, which was set forth by the Court in an Order on December 8, 2025. ECF 405. Some of the parties are currently discussing potential settlement of the case, which, if successful, would substantially affect Plaintiff's combined opposition to the fee motions. Under the current briefing schedule, Plaintiff's combined opposition is due by January 9, 2026, with any replies due on or before January 23, 2026. Plaintiff's request, if granted, would make his opposition(s) due by February 9, 2026, with any replies due on February 23, 2026.

Plaintiff has previously requested one extension that was granted by the Court. Illinois Doe 1 has requested three previous continuances that have been granted by the Court. Plaintiff does not anticipate any opposition to this letter request.

Sincerely,

*/s/ Michael W. Ayotte*

Michael W. Ayotte, Esq.
LAW OFFICES OF MICHAEL W. AYOTTE

Cc:   All Attorneys of Record (via ECF)