Law Offices of

# MICHAEL W. AYOTTE

2629 Manhattan Avenue, Suite 144
Hermosa Beach, California 90254

(310) 343-1864
mayotte@clientfirstlegalsolutions.com

**VIA ECF**

The Honorable Dale E. Ho                                                    January 29, 2026
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Re:    Watson v. NY Doe 2 et al., Case No. 1:19-cv-00533-DEH-VF
>          Notice of Settlement in Principle Between Watson and NY Doe 2

Dear Judge Ho,

    Plaintiff and Counterclaim Defendant Ralph M. Watson ("Watson") and Defendant and Counterclaimant NY Doe 2 (collectively, the "Settling Parties") respectfully advise the Court that they have reached a settlement in principle resolving all claims between them, including attorney's fees and costs. The last remaining Defendant and Counterclaimant, Illinois Doe 1, remains a non-settling party, and their pending motion for attorney's fees and costs before the Magistrate Judge (ECF Nos. 402-404) is unaffected by the settlement, and the deadline for Watson's opposition remains February 9, 2026. The Settling Parties respectfully request that the Court stay proceedings and deadlines only as between the Settling Parties for 45 days, until March 16, 2026, to permit formal consummation of the settlement.

## MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated: January 30, 2026**

The motion to stay proceedings and deadlines between Plaintiff and NY Doe 2 is GRANTED. The Clerk of the Court is respectfully directed to close the motion at ECF No. 410.

Sincerely,

*/s/ Michael W. Ayotte*

Michael W. Ayotte, Esq.
LAW OFFICES OF MICHAEL W. AYOTTE
Counsel for Plaintiff/Counterclaim Defendant
Ralph M. Watson

*/s/ Laura P. MacDonald*

Laura P. MacDonald
JENNER & BLOCK LLP
Counsel for Defendant/Counterclaimant
NY Doe 2

Cc:    All Attorneys of Record (via ECF)