UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH M. WATSON,<br><br>*Plaintiff-Counterclaim Defendant,*<br><br>v.<br><br>NY DOE 2 et al.<br><br>*Defendants-Counterclaimants* | 1:19-cv-00533-DEH-VF |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff-Counterclaim Defendant Ralph Watson ("Watson") and Defendant-Counterclaimant NY Doe 2 ("NY Doe 2"), through their undersigned counsel, hereby jointly stipulate to dismiss with prejudice (1) all claims asserted by Watson against NY Doe 2 in the above-captioned action and (2) all counterclaims asserted by NY Doe 2 against Watson in the above-captioned action. Each party agrees to bear their own attorneys' fees and costs.

1

Dated: February 20, 2026

/ s / _____
Laura P. MacDonald
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
212-891-1696
LMacDonald@jenner.com

*Counsel for Defendant-Counterclaimant*
*NY Doe 2*

/ s / _____
Michael W. Ayotte
LAW OFFICE OF MICHAEL W. AYOTTE
2629 Manhattan Avenue, Suite 144
Hermosa Beach, CA 90254
310-343-1864
MAyotte@clientfirstlegalsolutions.com

*Counsel for Plaintiff-Counterclaim*
*Defendant*
*Ralph Watson*