## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

RALPH M. WATSON,

      *Plaintiff-Counterclaim Defendant,*

v.

NY DOE 2 et al.

      *Defendants-Counterclaimants.*

1:19-cv-00533-DEH-VF

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff-Counterclaim Defendant Ralph Watson ("Watson") and Defendant-Counterclaimant Illinois Doe 1 ("Illinois Doe 1"), through their undersigned counsel, hereby jointly stipulate to dismiss with prejudice (1) all claims asserted by Watson against Illinois Doe 1 in the above-captioned action and (2) all counterclaims asserted by Illinois Doe 1 against Watson in the above-captioned action. Each party agrees to bear their own attorneys' fees and costs.

1

Dated: February 27, 2026

LAW OFFICE OF MICHAEL W. AYOTTE

Michael W. Ayotte
2629 Manhattan Avenue, Suite 144
Hermosa Beach, CA 90254
mayotte@clientfirstlegalsolutions.com
*Counsel for Plaintiff/-Appellant Ralph Watson*

HOLLAND & HART LLP

Jessica Smith
555 17th Street, Suite 3200
Denver, CO 80202
303-295-8374
jjsmith@hollandhart.com
*Counsel for Defendant-Appellee Illinois Doe 1*

2