UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ralph Watson,

Plaintiff,

v.

NY Doe 1, et al,

Defendants.

19-CV-533 (DEH) (VF)

ORDER

DALE E. HO, United States District Judge:

All claims between parties Ralph Watson ("Watson") and NY Doe 2 were voluntarily dismissed at ECF No. 415. All claims between parties Watson and Illinois Doe 1 were voluntarily dismissed at ECF No. 420.

Accordingly, the pending motions for summary judgment against Illinois Doe 1 and NY Doe 2 are **DENIED as moot**.

Claims against Defendant NY Doe 1 (also erroneously appearing in the caption as "Doe 1") were previously voluntarily dismissed. ECF No. 39. Accordingly, there are no remaining claims and this case may be closed.

The Clerk of Court is respectfully directed to close ECF Nos. 350 and 354 and to close the case.

SO ORDERED.

Dated: August 5, 2026
New York, New York

DALE E. HO
United States District Judge